UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shelton Beaman
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

YMCA of Greater New York;
et al.
_____

RECEIVED
SDNY PRO SE OFFICE

2016 MAY -6 PM 2:53

S.D. OF N.Y.

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

16CV3389

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Shelton Beaman
Street Address   100 West 135th Street
County, City   New York, New York
State & Zip Code   10730
Telephone Number _____

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   YMCA of Greater New York
Street Address   100 West 135th Street

*Rev. 05/2010*

County, City __New York, NY__
State & Zip Code __10030__
Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

      [X] Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Fourt and Fourteeth Amendments__

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **New York County**

B. What date and approximate time did the events giving rise to your claim(s) occur? **Approx. 11:30AM on April 22, 2016**

C. Facts:

*What happened to you?*

1. I was illegally locked-out from a Transitional Housing Program, without having violated any of the program rules.

*Who did what?*

2. Tried to get an order from Civil Court of the State of New York, County of New York and the Court denied my applications and refused to accept my claims. Would not accept my Order to Show Cause on at least 2 attempts.

*Was anyone else involved?*

*Who else saw what happened?*

3. YMCA failed to remove me/evict without court process, and I am a Statutory Tenant as of winning a case of same theory in 2014. See Index No. 17966 Judge Stoller, NY Housing Court

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

– Edema condition worsened; mental anguish and emotional distress

Due process violations; lack of process;

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _Jury trial to decide on any Compensatory Damages/ Punitive - $ny and/or Case law_

_+ Preliminary Injunction restored to prevent Tenant Status_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __May__, 20__16__.

Signature of Plaintiff: _[signature] Bany_

Mailing Address: _100 West 135th Street #934 - NY NY 10030_

Telephone Number: _____

Fax Number (if you have one): _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this __6__ day of __May__, 20__16__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _[signature] Bany_

Inmate Number: _____

*Rev. 05/2010*